IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GARY "CHASE" FULLER and GARY FULLER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 3:13-cv-0031-CDL |
| PHOENIX SOLUTIONS, INC., RICHARD A. SCRUGGS, and TAFFY L. SCRUGGS | ) ) ) ) ) | JURY DEMANDED |
| Defendants. | ) ) | |

## JOINT MOTION TO APPROVE SETTLEMENT

COME NOW, Plaintiffs and Defendants ("Parties") and jointly move the Court to enter the attached Order approving the terms of the Settlement Agreement entered into between the Parties. A copy of the Settlement Agreement for which the Parties seek approval is attached hereto as Exhibit 1. In support of this Motion, the Parties show the Court as follows:

This is an action filed by Plaintiffs alleging claims under the Fair Labor Standards Act ("FLSA"). Plaintiffs previously worked for Defendant Phoenix Solutions, Inc. ("Phoenix"). In the action, Plaintiffs contend that, during their employment, Phoenix did not pay them all wages, including overtime wages, due under the FLSA. Consequently Plaintiffs contends they are owed unpaid overtime

1

wages, liquidated damages, attorneys' fees and expenses of litigation. Plaintiffs further contends that Richard Scruggs and Taffy Scruggs are personally liable to him for Phoenix's FLSA violations, based upon the Scruggs' roles and relationships with and to Phoenix.

The Parties have worked to resolve this case without protracted litigation. In the course of doing so, Defendants have taken and continue to take the position that Phoenix paid Plaintiffs all monies to which they are entitled under the FLSA, and that therefore neither of the Defendants are liable to Plaintiffs for overtime compensation or for any other reason. Defendants further contend that even if Phoenix and/or the Scruggs are liable to Plaintiffs under the FLSA or otherwise, Plaintiffs are not entitled to the amount he is seeking.

Notwithstanding the foregoing, the Parties have agreed to compromise and settle their disputes in order to avoid the expense and inconvenience of further proceedings. As part of said settlement, the parties have entered into the Settlement Agreement, in which Defendants deny all liability to Plaintiffs but agree to pay both them and their counsel an amount in order to finally resolve the Lawsuit.

In arriving at the Settlement Agreement, the Parties negotiated a lump sum amount, with Defendants leaving it to Plaintiffs and Plaintiffs' counsel about how the funds would be distributed between them.

The amount to Plaintiffs' counsel represents a reasonable and fair amount of attorneys' fees and costs in light of where this case is in litigation. In sum, the total amount of damages being paid to the Plaintiffs under the Settlement Agreement that is attributable to the FLSA claim is in excess of the amount needed to make Plaintiffs whole under the FLSA, including but not limited to for overtime hours allegedly worked during their employment based on the assumptions made concerning hours worked.

Based on the foregoing, the Parties, through their respective counsel, jointly represent to the Court that the terms of the Settlement Agreement are fair and reasonable under the facts and circumstances of this case, and that Plaintiffs will receive fair and just compensation for all monies to which they are or could claim to be entitled under the FLSA, including minimum wages, overtime compensation, liquidated damages, interest and attorneys' fees.

WHEREFORE, the Parties respectfully request the Court find that the Parties' Settlement Agreement is fair and reasonable, and enter an Order approving the settlement.  A proposed Order is submitted herewith.

Submitted this 14th day of February, 2014 by:

/s/ Amanda S. Thomspon
Amanda S. Thompson
Georgia Bar No. 622854

Amanda S. Thompson
Salter Thompson Law, P.C.
3535 Piedmont Road
Building Fourteen, Suite 410
Atlanta, Georgia 30305

Tel:  (404) 247-0107
Fax:  (404) 920-4342
amanda@stlaborlaw.com

ATTORNEYS FOR PLAINTIFFS


                                                /s/ David F. Dickinson
                                                David F. Dickinson
                                                Georgia Bar No. 221128

David F. Dickinson
Dickinson & Willis, LLC
338 North Broad Street
Monroe, Georgia 30655

Tel (770) 267-8256
Fax (770) 267-6734
mayord@monroeaccess.net

ATTORNEYS FOR DEFENDANTS

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GARY "CHASE" FULLER and GARY FULLER, <br><br> Plaintiffs, <br><br> v. <br><br> PHOENIX SOLUTIONS, INC., RICHARD A. SCRUGGS, and TAFFY L. SCRUGGS <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.: 3:13-cv-0031-CDL <br><br> JURY DEMANDED |

## [PROPOSED] ORDER

Upon reading the Parties' Joint Motion to Approve Settlement Agreement, for good cause shown, the Parties' Motion is granted. It is hereby Ordered that the Settlement Agreement is approved by the Court.

So ORDERED, this _____ day of _____, 2014.

_____
The Honorable Clay D. Land
Judge, United States District Court
Middle District of Georgia

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| GARY "CHASE" FULLER and GARY FULLER, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | Civil Action No.: 3:13-cv-0031-CDL |
| PHOENIX SOLUTIONS, INC., RICHARD A. SCRUGGS, and TAFFY L. SCRUGGS | ) ) ) ) | JURY DEMANDED |
| Defendants. | ) ) ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing ***JOINT MOTION TO APPROVE SETTLEMENT*** with the Clerk of Court using the CM/ECF system which will automatically send email notification to the attorneys of record:

This 14th day of February, 2014

/s/ **Amanda S. Thompson**
Attorney for Plaintiffs