IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| GARY "CHASE" FULLER and GARY FULLER, | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No.: ) 3:13-cv-0031-CDL |
| PHOENIX SOLUTIONS, INC., RICHARD A. SCRUGGS, and TAFFY L. SCRUGGS | ) ) JURY DEMANDED ) ) |
| Defendants. | ) ) |

## ORDER APPROVING SETTLEMENT

Upon reading the Parties' Joint Motion to Approve Settlement Agreement, for good cause shown, the Parties' Motion is granted. It is hereby Ordered that the Settlement Agreement is approved by the Court.

So ORDERED, this 18th day of February, 2014.

 s/ Clay D. Land
Clay D. Land
United States District Judge